IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GARY ARMSTRONG : CIVIL ACTION
v. :
JOHN KERESTER : NO. 08-1165

FILED
DEC 30 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER

EDMUND V. LUDWIG, J.

AND NOW, this 29th day of Dec., 2008, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of the United States Magistrate Judge Jacob P. Hart, it is

ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;
2. The petition for writ of habeas corpus is DENIED.
3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
EDMUND V. LUDWIG, J.